Rec.#149839

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  | Case No. 08-10939

Patrick A. Quigley, | Judge Arthur I. Harris
Annette M. Quigley,

 | Chapter 7 Case

Debtor(s).

**TRANSMITTAL OF UNCLAIMED FUNDS**

The attached check no. 126 in the amount of $311.43 represents unclaimed funds in this estate and are paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the party entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| HFC<br>P O Box 9618<br>Virginia Beach, VA 23450 | 13 | $7,995.19 | $311.43 |

Dated: February 18, 2010

Lauren A. Helbling (0038934), Trustee
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH 44113
Tel 216/781-1164 Fax 216/575-1405
lhelbling@epitrustee.com